The judgments of the trial court and Court of Civil Appeals are reversed, and this cause is remanded to the trial court for further proceedings.

## DE BOSE v. STATE.

### No. 22931.

Court of Criminal Appeals of Texas.

Nov. 1, 1944.

Aubrey Davee, of Brady, for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

Appellant was given sentence of one year in the penitentiary upon conviction for assault to murder.

The record is before us without statement of facts or bills of exception. Nothing is presented for our consideration.

The judgment of trial court is affirmed.